## Alfred KNOWLES v. STATE.

### No. 17165.

Court of Criminal Appeals of Texas.

Nov. 28, 1934.

Jno. C. Ross, of El Paso, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, five years in the penitentiary.

We find with the record an affidavit in proper form asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.

## Austin LEWIS v. STATE.

### No. 17409.

Court of Criminal Appeals of Texas.

Dec. 19, 1934.

Schlesinger & Schlesinger, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## W. R. LOUNSBURY v. STATE.

### No. 17394.

Court of Criminal Appeals of Texas.

Dec. 19, 1934.

Culwell & Culwell, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for three years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Gentry Earl MALONE v. STATE.

### No. 17305.

Court of Criminal Appeals of Texas.

Nov. 28, 1934.

John Davenport, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

We find with the record an affidavit in proper form asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.